IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DOYLE L. HEARD,

      Petitioner,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4991

Opinion filed May 10, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Doyle L. Heard, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Barbara Debelius, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondents.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.